# United States District Court
# For The Western District of North Carolina
# Asheville Division

Johnny Max Puckett,

    Plaintiff(s),                                                    JUDGMENT IN A CIVIL CASE

vs.                                                                     1:03cv286

David Mitchell, et al,

    Defendant(s).


DECISION BY COURT. This action having come before the Court by Motion for Summary Judgment and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 13, 2005 Order.


                                                                  FRANK G. JOHNS, CLERK

September 14, 2005

                                                                  BY: s/Joan Gosnell
                                                                         Joan Gosnell, Deputy Clerk